UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STACEY A. SMITH, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-3171** |
| **LIBERTY LIFE INSURANCE CO.,**<br>    **Defendant** | **SECTION "E"** |

### ORDER

Before the Court is a Report and Recommendations issued by Magistrate Judge Knowles on November 16, 2012.[1] On November 26, 2012, defendant filed a notice with the Court that it does not object to Judge Knowles' Report and Recommendations,[2] and plaintiffs represented to the Court that they do not object to the Report and Recommendations that same day. The Court, having considered the complaint, the record, the applicable law, Judge Knowles' Report and Recommendations, and the lack of objections to that Report and Recommendations, hereby approves Judge Knowles' Report and Recommendation and adopts it as its opinion in this matter.

Accordingly, **IT IS ORDERED** that the records in question shall be released to the parties for review in conjunction with defendant's motion for summary judgment.

**IT IS FURTHER ORDERED** that the records be filed into the record of this matter **UNDER SEAL.** Counsel of record will be able to access these records via CM/ECF. In light of the release of these records, defendant shall file, if necessary, any amendment or supplement to its motion for summary judgment no later than **5:00 p.m.** on **November**

---

[1] R. Doc. 28.

[2] R. Doc. 29.

1

**29, 2012**.  Plaintiffs will then have an opportunity to respond to any amendment or supplement filed by defendant, or to otherwise amend or supplement their opposition to defendant's motion for summary judgment, no later than **5:00 p.m.** on **December 3, 2012.**

New Orleans, Louisiana, this <u>28th</u> day of November, 2012.

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**